FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0484

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0484

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                               O R D E R

ANDREW JOHN SMITH,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, April 4, 2025, at 10:00 a.m. in the Dennison Theatre on the campus of University of Montana, Missoula, Montana, with an introduction to the oral argument beginning at 9:30 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Appellants and thirty (30) minutes for Appellees.

The Court will not entertain any motions to reschedule.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record, Elaine Gagliardi, Dean, Alexander Blewett III School of Law, University of Montana, John Mudd, Executive Director, State Bar of Montana, and Honorable Heather Perry, District Judge.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 14 2025